IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNETTE WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV757 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHA, CITY OF, a municipal corporation, RIMA, in their individual and official capacities, VILLWOK, in their individual and official capacities, and DOES I THROUGH X, in their individual and official capacities, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a civil complaint and affidavit and application to proceed in forma pauperis. Upon review of the filings, leave to proceed in forma pauperis is granted, and the complaint shall be filed without payment of fees.

SO ORDERED.

DATED this 7th day of February, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge