IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNETTE WEBB, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV757 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OMAHA, CITY OF, a municipal corp., Omaha Police Officers RIMA and VILLWOK, in their individual and official capacities, and DOES I THROUGH X, in their individual and official capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court after referral of the matter for progression by Chief Judge Joseph F. Bataillon. **See** Filing No. 12. On June 6, 2007, the court ruled on the City of Omaha's motion to dismiss. *Id.* The matter is now ready to progress. Accordingly, the parties shall, **on or before July 11, 2007**, meet, confer and report to the court in accordance with the Federal Rule of Civil Procedure 26(f) planning requirements.

**IT IS SO ORDERED.**

DATED this 6th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge