# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNETTE WEBB, ) | |
| ) | 8:06CV757 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THE CITY OF OMAHA, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court following a telephone planning conference with counsel on November 29, 2007. The plaintiff was represented by Sheri Long Cotton and the defendant, City of Omaha, was represented by Alan M. Thelen. Following a discussion with counsel,

**IT IS ORDERED:**

1. The plaintiff shall filed an amended complaint **on or before December 21, 2007**, and effect prompt service of such amended complaint. The amended complaint shall eliminate such claims as already ruled upon by the court in its Memorandum and Order of June 6, 2007 (Filing No. 12), and shall identify all individual defendants by name.

2. The defendants shall have to **March 3, 2008,** in which to file any motion based upon qualified immunity.

3. A telephone planning conference to schedule this case to trial shall be held with the undersigned magistrate judge and counsel at **on March 14, 2008 at 11:00 a.m. Central Daylight Time**. The plaintiff's counsel shall initiate the telephone conference.

DATED this 30th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge