## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNETTE WEBB, | ) | |
| | ) | **8:06CV757** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motion to compel (Filing No. 20). Counsel for defendants has advised the court that the defendants have received the discovery responses which were the subject of the pending motion and wish to withdraw the motion.  Accordingly, the motion to compel (Filing No. 20) is denied as moot

**IT IS SO ORDERED.**

DATED this 27th day of December, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge