# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANNETTE WEBB,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV757 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF OMAHA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion for Reimbursement From the Federal Practice Fund (Filing No. 38) filed by the plaintiff's attorney, Sheri E. Long Cotton.[1] Ms. Cotton requests the court approve expenses incurred for mediation on behalf of the *in forma pauperis* plaintiff. Ms. Cotton explains the mediation should not cost more than $500.00 because the mediator will charge $225.00 per hour to be split evenly between the parties. However, counsel seeks authorization for $2500.00, in the event the mediation exceeds four hours. However, under the Mediation Plan for the U.S. District Court, District of Nebraska, the court may approve the incurring of mediation expenses for a party "up to 70% of that party's share of the mediation expense or $500, whichever is less." **See** Mediation Plan for the U.S. District Court, District of Nebraska ¶ 3(b) (2004). Counsel must incur these expenses, then later seek reimbursement from the Federal Practice Fund by filing a motion in this case. **See** Mediation Plan for the U.S. District Court, District of Nebraska (2004); Amended Plans for Administration of the Federal Practice Fund (2008). Counsel further explains the plaintiff's current inability to pay and attempts to keeps costs down. Upon consideration,

**IT IS ORDERED:**

Sheri E. Long Cotton's Motion for Reimbursement From the Federal Practice Fund (Filing No. 38) is granted, as set forth herein. The plaintiff's counsel is hereby authorized to incur reimbursable expenses of up to $500.00, for the cost of mediation.

DATED this 25th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. This document also contains links to federal court plans. The hyperlinked documents appear in blue underlined text. Except with regard to the court plans, access to the hyperlinked material is subject to fees pursuant to user agreements. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.