IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNETTE WEBB, | ) | Case No. 8:06CV00757 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION FOR** |
| | ) | **DISMISSAL** |
| | ) | |
| THE CITY OF OMAHA, a municipal corporation, OMAHA POLICE OFFICERS RIMA and VILLWOK and DOES I through X, in their individual and official capacities, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the Plaintiff Annette Webb and the Defendants City of Omaha and Omaha Police Officers Bruce Rima, and John Villwok and jointly move the Court for an order dismissing the above captioned action with prejudice, with each party to pay their own costs and attorney's fees.

WHEREFORE, the Plaintiff and the Defendants jointly pray for an order dismissing the above captioned action with prejudice, with each party to pay their own costs and attorney's fees.

| | |
|---|---|
| ANNETTE WEBB, Plaintiff | CITY OF OMAHA, BRUCE RIMA AND JOHN VILLWOK, Defendants |
| s/ Sheri E. Long Cotton<br>By:_____<br>Sheri E. Long Cotton, No. 16759<br>Attorney at Law<br>1011 Switchyard St. 3322<br>Fort Worth, TX 76107<br>(817) 877-7017<br>(402) 871-4216<br>slongcotton@aol.com<br>Fax: (800) 776-6649<br>COUNSEL FOR PLAINTIFF | s/ Alan M. Thelen<br>By:_____<br>ALAN M. THELEN, No. 17811<br>Assistant City Attorney<br>804 Omaha/Douglas Civic Center<br>1819 Farnam Street<br>Omaha, NE 68183<br>Telephone: (402) 444-5115<br>Fax: (402) 444-5125<br>E-mail: athelen@ci.omaha.ne.us<br>ATTORNEY FOR DEFENDANTS |