FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 OCT 31 PM 2: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNETTE WEBB, | ) | Case No. 8:06CV00757 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| THE CITY OF OMAHA, a municipal corporation, OMAHA POLICE OFFICERS RIMA and VILLWOK and DOES I through X, in their individual and official capacities, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the court upon the parties' Joint Motion For Dismissal. The court finds that the said motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT the above captioned action is dismissed with prejudice, with each party to pay their own costs and attorney's fees.

DATED this **31** day of **October**, 2008

BY THE COURT:

_____
United States District Court Judge